Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Lisa A. McClane, Bar No. 10139
lisa.mcclane@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BERNARD SANDS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RAMPARTS, INC. DBA LUXOR HOTEL & CASINO, a corporation; DOES I-X and ROE CORPORATIONS I-X; inclusive,<br><br>Defendant. | Case No. 2:15-cv-01519-APG-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Bernard Sands and Ramparts, Inc. dba Luxor Hotel & Casino ("Defendant"), through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Further, this Court shall retain jurisdiction over any disputes arising out of the court-facilitated resolution of this matter.

Dated: January 13, 2016

/s/Lisa A. McClane
Elayna J. Youchah
Lisa A. McClane
Jackson Lewis P.C.
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169

Attorneys for Defendant

Dated: January 13, 2016

Robert J. Flummerfelt
Elizabeth M. Tullio
Canon Law Services, LLC
7251 W. Lake Mead Blvd., Suite 300
Las Vegas, NV 89128

Attorneys for Plaintiff

**IT IS SO ORDERED.**

Dated: January 13, 2016.

_____
UNITED STATES DISTRICT JUDGE

4820-9679-1852, v. 1